No. 00–5007. MOSLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5008. EL-HAGE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–5009. WALDON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–5010. VIARS *v.* FLORIDA PAROLE COMMISSION. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 00–5012. YBANEZ ET AL. *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5013. WHITE *v.* ANGELONE, DIRECTOR, VIRGINIA DE-PARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00–5014. LaFLAMME *v.* HUBBARD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–5015. PRESLEY *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 00–5017. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5018. SMULLS *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 00–5019. FINK *v.* MONTES. C. A. 9th Cir. Certiorari denied.

No. 00–5020. PRATT *v.* GRASSO. Ct. App. Wash. Certiorari denied.

No. 00–5021. PEERENBOOM *v.* YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5022. THOMAS *v.* WETHERINGTON, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5023. BAYON *v.* STATE UNIVERSITY OF NEW YORK AT BUFFALO ET AL. C. A. 2d Cir. Certiorari denied.